UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RD-6665

CARLOS CELLERI,

                        Plaintiff,

         NOTICE OF MOTION
-against-         CV04-0581 (DRH(ETB)

DETECTIVE RODRIGUEZ,
(SHIELD NO. 1164, 3RD PRECINCT,
SUFFOLK COUNTY) DETECTIVE JAMES
MIHALIK, SHIELD NO. 1110
(3RD PRECINCT, SUFFOLK COUNTY)
DETECTIVE THOMAS M. GRONEMEN
SHIELD NO. 518 (3RD PRECINCT,
SUFFOLK COUNTY),

                        Defendants.

        PLEASE TAKE NOTICE, that upon the annexed Affirmation of Richard T. Dunne, Assistant County Attorney, and upon the accompanying Memorandum of Law herein, and upon all prior pleadings and proceedings, the undersigned will move this Court, before the Honorable Denis R. Hurley, U.S.D.J. , at the Long Island Courthouse, located at 100 Federal Plaza, Central Islip, New York, for judgment on the pleadings pursuant to Rule 56 and 56.1.

Dated:  Hauppauge, New York
          November 13, 2007

Yours,

Christine Malafi
Suffolk County Attorney
Attorney for Defendant
H. Lee Dennison Building
P.O. Box 6100
Hauppauge, New York 11788-0099

Richard T. Dunne/RTD-6665
Assistant County Attorney

To:
Michael T. Hopkins, Esq.
100 Quentin Roosevelt Blvd.
Suite 506
Garden City, NY  11530